Senior Judge Fred Van Sickle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARMINDER THIND<br>(Agency # A76-671-973),<br><br>　　　　　Petitioner/Plaintiff,<br><br>　　　　　v.<br><br>ERIC HOLDER, U.S. Attorney General, JANET NAPOLITANO, Secretary, Department of Homeland Security, ROBERT S. MUELLOR, III., is the Director of the Bureau of Investigations, KEITH BROWN, Yakima Field Director, U.S. Citizenship and Immigration Services, and LAURA LAUGHLIN, Seattle Special Agent in Charge, Federal Bureau of Investigations,<br><br>　　　　　Defendants. | No. CV-09-3029-FVS<br><br>STIPULATED ORDER OF DISMISSAL |

**STIPULATION**

COMES NOW, the parties, by and through their respective attorneys of record, and respectively stipulate, pursuant to Rule 41 (a)(1)(A)(ii), to allow Plaintiff to voluntary dismiss his case, without claim of either party to attorney fees or costs. No answer has been filed.

//

//

STIPULATED ORDER OF DISMISSAL – 1
(CV09-3029-FVS)

| | | |
|---|---|---|
| 1 | Dated this 1st day of October, 2009 | |
| 2 | JAMES A. McDEVITT<br>United States Attorney | LAW OFFICES OF BART KLEIN |

/s/ Frank A. Wilson                    /s/ Bart Klein
Frank A. Wilson                         BART KLEIN, WSBA #10909
Assistant United States Attorney        Law Offices of Bart Klein
Attorney for Defendants                 605 First Avenue, Suite 500
United States Attorney's Office         Seattle, WA 98104
Post Office Box 1494                    Phone: 206-624-3787
Spokane, Washington 99210-1494          Fax: 206-624-6371
(509) 353-2767 (Tel)                    Email: bklein@bartklein.com
(509) 353-2766 (Fax)                    Attorneys for Petitioner
USA-WAE-FWilson@usdoj.gov

## **ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The case is dismissed without prejudice, and without an award of costs or fees to either party. The Clerk is directed to send copies of this Order to all counsel of record, and close this file.

DATED this __2nd__ day of __October__, 2009.

                    s/ Fred Van Sickle
                    Senior Judge Fred Van Sickle
                    U.S. District Court Judge

STIPULATED ORDER OF DISMISSAL – 2
(CV09-3029-FVS)

Law Offices of Bart Klein
605 First Ave., Suite 500
Seattle, Washington 98104
(206) 624-3787